# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

IN RE: ALBERT STAICO, JR.   : No. 431 EAL 2016
           :
           :
PETITION OF: DOROTHY STAICO : Petition for Allowance of Appeal from
           : the Order of the Superior Court

## ORDER

**PER CURIAM**

  **AND NOW**, this 14th day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.